UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| STEVEN W. BORSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-502-KKC |
| | ) | |
| V. | ) | |
| | ) | |
| RESURGENT CAPITAL SERVICES, LP, | ) | **OPINION AND ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on the Motion for Summary Judgment filed by the Defendant Resurgent Capital Services, LP (DE 19). The Defendant's motion was filed February 26, 2010. Pursuant to the Local Rules, the Plaintiff was required to file any response within 21 days of the motion being served. The Plaintiff has filed no response to the motion. Further, the Court has reviewed the motion and finds it sound.

Accordingly, the Court hereby ORDERS that the Defendant's Motion for Summary Judgment (DE 19) is GRANTED.

Dated this 8th day of September, 2010.

**Signed By:**

*Karen K. Caldwell* KKC
**United States District Judge**